**Order entered January 3, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-13-01670-CV

---

### D&J REAL ESTATE SERVICES, INC. D/B/A
### RE/MAX PREMIER GROUP, ET AL., Appellants

### V.

### GREG L. PERKINS, ET AL., Appellees

---

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-00559-2011**

---

## ORDER

Before the Court is the December 19, 2013 motion of Shawn Gant, Official Court Reporter for the 429th Judicial District Court of Collin County, Texas, for a sixty-day extension of time to file the reporter's record. We **GRANT** the motion **TO THE EXTENT** that the reporter's record shall be filed **ON OR BEFORE MONDAY, FEBRUARY 3, 2014**. *See* TEX. R. APP. P. 35.3(c).

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Shawn Gant and all counsel of record.

/s/  DAVID LEWIS
    JUSTICE
